

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

21st Mortgage Corporation and
Oak Creek Homes, LP,

\* From the 259th District Court
  of Jones County,
  Trial Court No. 022737.

Vs. No. 11-17-00167-CV

\* January 10, 2019

Joe and Brenda Moore,

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Willson, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the trial court's order denying the motion to compel arbitration and remand this cause to the trial court for the court to enter an order in which it compels the parties to arbitration and in which it stays all proceedings in the trial court until the conclusion of such arbitration. Additionally, we sever the following provision from the arbitration agreement: "Each party in such arbitration shall bear their own expenses." The costs incurred by reason of this appeal are taxed 90% against Joe and Brenda Moore and 10% against 21st Mortgage Corporation and Oak Creek Homes, LP.